Submitted on record and briefs July 8, affirmed August 3, 2005

## STATE OF OREGON,
*Respondent,*

*v.*

## ROBERT WAYNE ALLGOOD,
*Appellant.*

0204-32434; A120417

116 P3d 923

Patrick M. Ebbett and Chilton, Ebbett & Rohr, LLC, filed the brief for appellant.

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Joanna L. Jenkins, Assistant Attorney General, filed the brief for respondent.

Before Haselton, Presiding Judge, and Armstrong and Rosenblum, Judges.

PER CURIAM

Affirmed. *State v. Page,* 200 Or App 55, 113 P3d 447 (2005).